## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE VILLANUEVA, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-02-4122 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

### ORDER

Jorge Villanueva filed a petition for a writ of habeas corpus through appointed counsel in 2002. In 2006, appointed counsel was diagnosed with Parkinson's Disease. The circumstances now require the substitution of counsel. Accordingly, the court **APPOINTS** the following attorney to represent Villanueva throughout his federal habeas proceedings:

**Margaret Schmucker**
**512 East 11th Street, Suite 205**
**Austin, TX 78701**
**Office: 512-236-1590**
**Fax: 512-524-3479**
**Margaret.Schmucker@AppellateCourtLaw.com**

The court authorizes the interim payment of fees and expenses of appointed counsel.

The clerk will provide copies of this Order to the parties.

SIGNED on December 1, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge