## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE VILLANUEVA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  H-02-4122 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

### ORDER

The status conference set for January 12, 2011 is reset to **January 27, 2011, at 5:00 p.m.**

All counsel may appear by telephone. Counsel are directed to call the court's designated conference line at 713-250-5550 to participate.

SIGNED on January 4, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge