# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 28, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

United States District Court
Southern District of Texas
FILED
MAR 2 8 2016
David J. Bradley, Clerk of Court

  Re: Jorge Villanueva
    v. William Stephens, Director, Texas Department of Criminal
    Justice, Correctional Institutions Division
    No. 15-7626
    (Your No. 12-70015)  4 02CV4122

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

            Sincerely,

            Scott S. Harris, Clerk

## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 28, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 12-70015  Jorge Villanueva v. William Stephens, Director
           USDC No. 4:02-CV-4122

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: _____
                  Charlene A. Vogelaar, Deputy Clerk
                  504-310-7648